**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
    One World Technologies, Inc., Ryobi
    Technologies, Inc. and Techtronic Industries
    North America, Inc.

DK 4593 (David R. Kott, Esq.)

| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| CARL FRANSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ONE WORLD TECHNOLOGIES, INC. and RYOBI TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 08-05101-DMC - CCC<br>Honorable Dennis M. Cavanaugh<br><br><br>**CONSENT ORDER OF CONSOLIDATION** |
| MAMADY SANGARE,<br><br>    Plaintiff,<br><br>v.<br><br>RYOBI TECHNOLOGIES, INC., and ONE WORLD TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 09-303-SDW-MEA<br>Honorable Susan D. Wigenton |
| LAWRENCE A. STRELEC,<br><br>    Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., | Civil Action No. 09-742<br>Honorable Dennis M. Cavanaugh |

| | |
|---|---|
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC., : : : : : | |
| Defendants. : | |
| : | |
| CHRISTOPHER HELMES, : | Civil Action No. 2:09-cv-00883 (DMC) (CCC) |
| : | Honorable Dennis M. Cavanaugh |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC. : : : : : | |
| : | |
| Defendants. : | |

This matter having been opened to the Court by McCarter & English, LLP, attorneys for defendants One World Technologies, Inc. and Ryobi Technologies, Inc. in <u>Fransen</u>, attorneys for defendants One World Technologies, Inc. and Ryobi Technologies, Inc. in <u>Sangare</u>, attorneys for defendants Techtronic Industries North America, Inc. and One World Technologies, Inc. in <u>Strelec</u>, attorneys for defendants Techtronic Industries North America, Inc., and One World Technologies, Inc. in <u>Helmes</u>; and the attorney for the plaintiffs having consented to the form and entry of the within Order; and good cause appearing;

IT IS this *31* day of *March*, 2009

ORDERED that:

1. The within actions are consolidated for purposes of discovery and all pretrial purposes;

ME1 8225814v.1

2.  Whether the within actions will be consolidated for purposes of trial will be decided by the Court at a later time;

3.  Until further Order of the Court all pleadings in the within matters shall be electronically filed in <u>Fransen</u>, Docket No. 08-05101-DMC - CCC.

_____
Dennis M. Cavanaugh, U.S.D.J.

I hereby consent to the form and entry of the within Order.

_____
Robert A. Magnanini, Esq.
Attorney for Plaintiffs

ME1 8225814v.1