UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM FLOWER,<br><br>Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC.,<br><br>Defendants. | Civil Action No. 09-2736-DMC-CCC<br><br>Honorable Dennis M. Cavanaugh |
| CHRISTOPHER HELMES,<br><br>Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC.,<br><br>Defendants. | Civil Action No. 09-0883-DMC-JAD<br><br>Honorable Dennis M. Cavanaugh |

**(Caption continued on next page)**

**DECLARATION OF ANGUS W. DWYER IN SUPPORT OF PLAINTIFFS'
MEMORANDA OF LAW IN OPPOSITION TO DEFENDANT TECHTRONIC
INDUSTRIES CO., LTD.'s MOTIONS TO DISMISS
AND FOR SUMMARY JUDGMENT**

1

| | |
|---|---|
| PHILLIP ORCHOWSKI,<br><br>                    Plaintiff,<br><br>     v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and RYOBI TECHNOLOGIES, INC.,<br><br>                    Defendants. | Civil Action No. 09-3653-DMC-JAD<br><br>Honorable Dennis M. Cavanaugh |
| LAWRENCE A. STRELEC,<br><br>                    Plaintiff,<br><br>     v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC.,<br><br>                    Defendants. | Civil Action No. 09-0742-DMC-JAD<br><br>Honorable Dennis M. Cavanaugh |

I, Angus W. Dwyer, hereby declare as follows:

2

1. I am an attorney at the firm of Boies, Schiller & Flexner LLP and represent Plaintiff in this matter. I have personal knowledge of the matters stated in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a document produced by Defendant One World Technologies, Inc. ("One World") bearing the Bates numbers One World Technologies 014784 through One World Technologies 014789.

3. Attached hereto as Exhibit B is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 015431 through One World Technologies 015435.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced by Sears, Roebuck & Co. ("Sears") in its capacity as a defendant in a related action bearing the Bates numbers S06173 through S06179.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 017694 through One World Technologies 017695.

6. Attached hereto as Exhibit E is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 017701 through One World Technologies 017704.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 017733 through One World Technologies 017734.

8. Attached hereto as Exhibit G is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 003417 through One World Technologies 003418.

9. Attached hereto as Exhibit H is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 003427 through One World Technologies 003429.

10. Attached hereto as Exhibit I is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 018062 through One World Technologies 018063.

11. Attached hereto as Exhibit J is a true and correct copy of a document produced by Defendant One World bearing the Bates numbers One World Technologies 018012 through One World Technologies 018014.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from the deposition of David Peot taken November 6, 2008.

13. Attached hereto as Exhibit L is a true and correct copy of an excerpt from the deposition of David Peot taken March 5, 2009.

14. Attached hereto as Exhibit M is a true and correct copy of a document produced by Sears in its capacity as a defendant in a related action bearing the Bates numbers S06266 through S06269.

15. Attached hereto as Exhibit N is a true and correct copy a document produced by Sears in its capacity as a defendant in a related action bearing the Bates numbers S06270 through S06275.

16. Attached hereto as Exhibit O is a true and copy of a page from TTI's website, www.ttigroup.com, printed on March 8, 2011.

17. Attached hereto as Exhibit P are true and correct excerpts from the 2009 annual report of TTI.

18. Attached hereto as Exhibit Q is a true and correct copy of a page from TTI's website for its Ryobi line of products, www.RyobiTools.com, printed on March 8, 2011.

19. Attached hereto as Exhibit R is a true and correct copy of a press release issued by TTI on September 22, 2003 and printed from TTI's website on March 8, 2011.

20. Attached hereto as Exhibit S is a true and correct copy of a chart showing table saw sales by model and by year produced by Defendant One World.

21. Attached hereto as Exhibit T is a true and correct copy of a page from TTI's website, www.ttigroup.com, printed March 8, 2011.

22. Attached hereto as Exhibit U is a true and correct copy of excerpts from the deposition of Wayne Hill taken June 11, 2009.

23. Attached hereto as Exhibit V is a true and correct copy of the 2009 Form 10-K filed by Home Depot U.S.A., Inc. with the Securities and Exchange Commission on March 25, 2010 and printed from the SEC's EDGAR website on March 8, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of March, 2011 in Albany, New York.

Angus W. Dwyer